UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY KO,<br><br>    Plaintiff,<br><br>v.<br><br>TOM DAVIS,<br><br>    Defendant. | Case No. 17-cv-04883-EMC<br><br>**ORDER OF DISMISSAL** |

Upon initial review pursuant to 28 U.S.C. § 1915A, the Court determined that Plaintiff's initial pleading failed to state a claim upon which relief may be granted and granted Plaintiff leave to file an amended complaint. The Court cautioned Plaintiff that failure to file an amended complaint by the deadline would result in the dismissal of this action. *See* Docket No. 4 at 8. Plaintiff did not file an amended complaint, and the deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The Clerk will close the file.

**IT IS SO ORDERED**.

Dated: April 12, 2018

_____
EDWARD M. CHEN
United States District Judge